# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## COURTROOM MINUTE SHEET
## CIVIL PROCEEDINGS

**Date** 5/23/18   **Judge** John A. Ross   **Case No.** 4:17-cv-01531-JAR

Alice Williams   v   Sonny Perdue

**Court Reporter** Lisa Paczkowski   **Deputy Clerk** J. Bernsen

**Attorney(s) for Plaintiff(s)** Pro Se
**Attorney(s) for Defendant(s)** Jane Shaw

Motion hearing held re plaintiff's MOTION to Compel (doc #22) and MOTION for Protective Order (doc #23) The Motion to Compel (doc #22) is granted in part and denied in part and the Motion for Protective Order (doc #23) is denied as moot consistent with record made in court. Order to follow.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that

☐ Exhibits returned to and retained by counsel

Proceedings: 10:08AM-10:57AM