# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ALICE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17-cv-01531-JAR |
| ) | |
| SONNY PERDUE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter came before the Court for a hearing on Plaintiff's motions to compel and for protective order (Doc. Nos. 22 and 23), held on May 23, 2018, in Courtroom 12N. For the reasons stated on the record, the Court will grant in part and deny in part Plaintiff's motion to compel, and the Court will deny the motion for protective order as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to compel (Doc. No. 22) is **GRANTED in part and DENIED in part**, consistent with the record.

**IT IS FURTHER ORDERED** that Plaintiff's motion for protective order (Doc. No. 23) is **DENIED as MOOT**.

**IT IS FURTHER ORDERED** that on or before **June 1, 2018**, Plaintiff shall identify with particularity all injuries she claims resulted from her non-selection for the June 2015 Pathways position.

- 2 -

**IT IS FINALLY ORDERED** that on or before **June 19, 2018**, Defendant shall provide Plaintiff with medical releases, limited as set forth on the record. Plaintiff shall execute those medical releases **within seven (7) days** of receiving them from Defendant.

*/s/ John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 23rd day of May, 2018.