## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| ALICE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17-cv-01531-JAR |
| | ) | |
| SONNY PERDUE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM & ORDER

This matter comes before the Court on pro se Plaintiff Alice Williams' motion for leave to file an amended complaint. (Doc. No. 29). Plaintiff claims that the amended compliant would "include again the claims for reprisal discrimination, which, to plaintiff's understanding were always before the Court." (Doc. No. 29-1). Defendant opposes the motion on the basis that discovery is scheduled to close on July 16, 2018, and that the amendment is unnecessary because Plaintiff's first amended complaint already contains claims of reprisal and retaliation.

Here, although the Court agrees with Defendant that Plaintiff's request is well overdue and that the close of discovery is imminent, Plaintiff is proceeding pro se, and district courts allow liberal amendment of pleadings. Moreover, Defendant concedes that the proposed amended complaint merely restates claims of reprisal and retaliation already present in the operative complaint. Therefore, allowing Plaintiff leave to amend her complaint will not prejudice Defendant, even at this late stage in the litigation.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to amend (Doc. No. 29) is

**GRANTED.**

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 3rd day of July, 2018.